

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ABILITY OPTIONS, LLC, | | No. 08-18-00196-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 243rd District Court |
| | § | |
| CRYSTAL MUNOZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2017DCV1736) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Ability Options, LLC is attempting to appeal from a final judgment entered by the trial court in favor of Crystal Munoz. Finding that Appellant did not timely file its notice of appeal, we dismiss the appeal for lack of jurisdiction.

The trial court signed the final judgment on August 15, 2018. Appellant did not file any post-judgment motions or requests which would have operated to extend the deadline for filing notice of appeal. Thus, Appellant's notice of appeal was due to be filed no later than September 14, 2018. *See* TEX.R.APP.P. 26.1. Appellant did not file its notice of appeal until November 13, 2018. On that date, the Clerk of the Court sent Appellant a letter informing it that the notice of appeal had not been timely filed and the Court lacked jurisdiction of the appeal. The letter notified Appellant that the Court intended to dismiss the appeal for lack of jurisdiction unless any party filed a response within ten days establishing grounds for the appeal to be continued. The Court

granted Appellant's request for an extension of time in which to file its response to the jurisdictional inquiry, but Appellant did not file any response. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* TEX.R.APP.P. 42.3(a).

December 19, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.